No. 87–1648.  POOLE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–1691.  ORELLANES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–1707.  STAUBER v. CLINE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1717.  BONILLA ROMERO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 87–1718.  UNSECURED CREDITORS' COMMITTEE ET AL. v. FIRST NATIONAL BANK & TRUST COMPANY OF ESCANABA ET AL. C. A. 6th Cir.  Certiorari denied.

No. 87–1722.  BARNHART ET UX. v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 87–1726.  EL GAWLI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 87–1737.  BUCKNO v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 87–1740.  POLLIO v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 87–1743.  OMNI U. S. A., INC. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 87–1755.  SOX v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–1762.  ELLIS v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 87–1769.  ANDREWS ET AL. v. VETERANS ADMINISTRATION.  C. A. 10th Cir.  Certiorari denied.

No. 87–1789.  BAKER, SMITH & MILLS, FKA BAKER, MILLER, MILLS & MURRAY v. MINEREX ERDOEL, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.